UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL SHABSELS et al. | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 15-CV-00095-GZS |
| RICHARD TYROLER, | ) |
| Defendant | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed with prejudice; the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Dated: November 4, 2015        Respectfully submitted,

/s/ Julia G. Pitney
Julia G. Pitney, Esq.
*Attorney for Plaintiffs*

Drummond & Drummond, LLP
One Monument Way
Portland, Maine 04101
(207) 774-0317

Dated:  November 4, 2015        /s/Jeffrey T. Piampiano
Jeffrey T. Piampiano, Esq., Bar No.  9309
*Attorney for Defendant*

Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941

## CERTIFICATE OF SERVICE

  It is hereby certified that service of the foregoing Stipulation of Dismissal with Prejudice has been made this November 4, 2015 via the Court's CM/ECF system.

Jeffrey T. Piampiano, Esq.
Drummond Woodsum & MacMahon
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
jpiampiano@dwmlaw.com

*Attorney for Defendant, Richard Tyroler*

Dated: November 4, 2015    /s/Julia G. Pitney
              Julia G. Pitney / Maine Bar No.:  10021

              DRUMMOND & DRUMMOND, LLP
              One Monument Way
              Portland, ME  04101
              (207) 774-0317
              jpitney@ddlaw.com

              Attorney for Plaintiffs